(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Ronald B. Proctor Jr.
(Name of Plaintiff)   (Inmate Number)
00163750

P.O. Box 500 PJS06 Georgetown De 19947
(Complete Address with zip code)

06-718

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) E. Stephen Callaway Esq. etal.*
(2) Inmate Charles Edwards
(3) Inmate Carlos Robins
(Names of Defendants)
4.) PSD itto Treatment Admin.
(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)
5.) JT N. Dukes   6.) John P. Daniello Esq.

**CIVIL COMPLAINT**

• • Jury Trial Requested

IMMINENT DANGER EXCEPTION

BP Scanned
IFP

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

1.) Proctor v. Thomas 10Scv-133-JJF.
2.) Numerous others / Imminent Danger / Exception /
Allegations Enclosed /

*This is an Incorporated Entity of The State of Delaware, Public Defender

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action. _ONLY APPLIES TO def.'s 2,3,4,5,_

A. Is there a prisoner grievance procedure available at your present institution? •(Yes)• •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •(Yes)• •No

C. If your answer to "B" is Yes:

1. What steps did you take? _Filed Grievance Notified Bldg Lt._

2. What was the result? _J. Dukes. Said he would Notify Warden Lt. And document Incident that C/O Morgan Heard on 10-17-06 Threats on my life_

D. If your answer to "B" is No, explain why not: _By It's Robino And Edwards_

## III. DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: _E. Stephen Callaway Esq / J.D. Daniels Esq_
Employed as _Public Defender_ at _Public Defender (Geo)_
Mailing address with zip code: _14 The Circle 2nd flr._
_Georgetown, Delaware 19947_

(2) Name of second defendant: _I/M Charles Edwards / I/M Carlos Robino_
as _Inmates_ at _SCI Inst._
Mailing address with zip code: _P.O. Box 500 Geo, DE 19947_

(3) Name of third defendant: _S. Pitts / Lt. W. Dukes_
Employed as _Treatment Admin_ at _SCI Inst._
Mailing address with zip code: _P.O. Box 500_
_Geo, Delaware_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. Def. B. Steven Callaway Esq. did on 10-17-06 contact SCI. Inst. and did Convey and Institute Retaliatory Acts Against My Person for Assisting other I/m's in Preparing Legal Documents for Cr. Case, Civil Case Causing My Assistance to be a Violation of My 1st Amendment

2. As A direct Nexus I/ms Charles Edward and Carlos Robino did make direct Personal Threats to both My Life And Personal Injury to my Person In the Presence of C/o Morgan And other I/ms Placing Me in Imminent Danger of My Life in doing so.

3. Sgt/Lt. W. Dukes did At All Disciplinary Hearing Take Personal Knowledge Imminent Danger Threats from my Person and Failed to Protect My Person or Seprate I/m Edwards or Robino or Document #404 or Contact Warden or I.A. from 10-17-06 to date, Placing Me In danger of my life or Serious Injury!

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Damages of $10,000.00 from each Defendant And Injunctive Relief from Defendants Calaway/Daniello to Prevent unConfliction of Access to Adequate Counsel in A Criminal Case

1A) And Injunctive Relief Against Def's Ditto/Dukes Edwards/Robins from Future Access to Courts Without Threats Against Me And Access to Pen's Papers Env's Postage to Complete Court First Amendment Proceedings in Imminent Danger Exceptions Pending Litigations.

Cont Q(2)

## Statement of Claims

4.) Qs. Otto Def. did in conjunction with other subordinates deny me access to copy service of more than 10 cases, postage, env's, pens etc. to complete any legal filings to any court in imminent danger exceptions first amendment filings knowingly aware that constraints are a violation of redress of access to courts from 7-19-06 to date below knowing aware of and outside job requirements

5.) Def. John P. Daniello did from 6-11-06 deny me access to court proceeding review of legal filings and/or deny my request to protect my personal safety access to medical care of my right foot injury, did conspire with other members of the Public Defender's office towards my directed conveyance of victimization of letter to Atty Gen. Adam Gelof or contact Atty Andrew Rosen on/to plea of 11-8-06 and did place me in imminent danger in his failure to act, or prevent imminent danger advancement knowingly aware of his actions of 11-8-06 was intend at a criminal proceeding in violation of 29 Del. C. 3 4604(i) and did knowingly aware of the out-come to advance retaliatory nexus of documented incident of imminent danger exceptions presented to him on 11-8-06 and in do so as an officer of the court convey matter's that presented a knowing conflict of interest and case advancement to trial were State would seek late imprisonment conviction

2. Punitive Damages from All defendants Conduct as Motivated by an Evil or Involved Reckless and Callous Indifference To of my Personal Safety, Access To Courts First Amendment And 5th Amendment 6th Amendment And 14th Amendment. In The Amount of $5,000.00 Each Def.

3. And Emotional Injury of $1,000.00 from All defendants

4.) And Qualified Immunity Exemptions Pursuant 10 Del C. 4001 Thru 4016

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __November__, 20_06_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M: Ron Proctor BLDG. PJ 506
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1246 U.S. POSTAGE P82230370
7958 $00.63 NOV 28 06
6841                19947

Clerk
U.S. District Court
844 King ST Lock Box 18
Wilmington, Delaware
19801

Legal Mail

Mailed: 11-30-06