# REQUEST FORM
# FOR
# INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: _Proctor Ronald E_          SBI Number: _163750_
      (Last)  (First)  (M.I.)

Housing Unit: _It 516_

..........................................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____   _Judith Ann Lederman_
Inmate Signature           Notary

FILED
DEC 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office:

RECEIVED
SCI Business Office
DEC 2 1 2006

JUDITH ANN LEDERMAN
NOTARY PUBLIC STATE OF DELAWARE
My Commission Expires August 19, 2007

## INMATE ACCOUNT STATEMENT

TO:   Inmate Name: _Proctor_    _Ronak_   _E._
                     (Last)          (First)        (M.I.)
      SBI Number: _163750_
      Housing Unit: _JT 516_

FR:   Inmate Account Technician

DA:   _12-20-06_

RE:   Summary Of Account

..........................................................................

Attached is your account statement for the six month period of _06-11_, _2006_ through _11-30_, _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _16.70_ .

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

Printed: 12/22/2006

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/11/2006 through 11/30/2006*

Page 1 of 4

SBI: 00163750     NAME:   PROCTOR, RONALD

| Date | Balance |
|---|---|
| 06/11/2006 | $0.00 |
| 06/12/2006 | $0.00 |
| 06/13/2006 | $0.00 |
| 06/14/2006 | $0.00 |
| 06/15/2006 | $0.00 |
| 06/16/2006 | $0.00 |
| 06/17/2006 | $0.00 |
| 06/18/2006 | $0.00 |
| 06/19/2006 | $0.00 |
| 06/20/2006 | $0.00 |
| 06/21/2006 | $0.00 |
| 06/22/2006 | $0.00 |
| 06/23/2006 | $0.00 |
| 06/24/2006 | $0.00 |
| 06/25/2006 | $0.00 |
| 06/26/2006 | $0.00 |
| 06/27/2006 | $0.00 |
| 06/28/2006 | $0.00 |
| 06/29/2006 | $0.00 |
| 06/30/2006 | $0.00 |
| 07/01/2006 | $0.00 |
| 07/02/2006 | $0.00 |
| 07/03/2006 | $0.00 |
| 07/04/2006 | $0.00 |
| 07/05/2006 | $0.00 |
| 07/06/2006 | $0.00 |
| 07/07/2006 | $0.00 |
| 07/08/2006 | $0.00 |
| 07/09/2006 | $0.00 |
| 07/10/2006 | $0.00 |
| 07/11/2006 | $0.00 |
| 07/12/2006 | $0.00 |
| 07/13/2006 | $0.00 |
| 07/14/2006 | $0.00 |
| 07/15/2006 | $0.00 |
| 07/16/2006 | $0.00 |
| 07/17/2006 | $0.00 |
| 07/18/2006 | $0.00 |
| 07/19/2006 | $0.00 |
| 07/20/2006 | $0.00 |
| 07/21/2006 | $0.00 |
| 07/22/2006 | $0.00 |
| 07/23/2006 | $0.00 |
| 07/24/2006 | $0.00 |
| 07/25/2006 | $0.00 |
| 07/26/2006 | $0.00 |
| 07/27/2006 | $0.00 |
| 07/28/2006 | $0.00 |

Printed: 12/22/2006

*Average Daily Balance For Pauper Filing*
*For Days the Individual was in Residence at SCI from 6/11/2006 through 11/30/2006*

Page 2 of 4

SBI: 00163750        NAME:   PROCTOR, RONALD

| Date | Balance |
|---|---|
| 07/29/2006 | $0.00 |
| 07/30/2006 | $0.00 |
| 07/31/2006 | $0.00 |
| 08/01/2006 | $0.00 |
| 08/02/2006 | $0.00 |
| 08/03/2006 | $0.00 |
| 08/04/2006 | $0.00 |
| 08/05/2006 | $0.00 |
| 08/06/2006 | $0.00 |
| 08/07/2006 | $0.00 |
| 08/08/2006 | $0.00 |
| 08/09/2006 | $0.00 |
| 08/10/2006 | $0.00 |
| 08/11/2006 | $0.00 |
| 08/12/2006 | $0.00 |
| 08/13/2006 | $0.00 |
| 08/14/2006 | $0.00 |
| 08/15/2006 | $0.00 |
| 08/16/2006 | $0.00 |
| 08/17/2006 | $0.00 |
| 08/18/2006 | $0.00 |
| 08/19/2006 | $0.00 |
| 08/20/2006 | $0.00 |
| 08/21/2006 | $0.00 |
| 08/22/2006 | $0.00 |
| 08/23/2006 | $0.00 |
| 08/24/2006 | $0.00 |
| 08/25/2006 | $0.00 |
| 08/26/2006 | $0.00 |
| 08/27/2006 | $0.00 |
| 08/28/2006 | $0.00 |
| 08/29/2006 | $0.00 |
| 08/30/2006 | $0.00 |
| 08/31/2006 | $0.00 |
| 09/01/2006 | $0.00 |
| 09/02/2006 | $0.00 |
| 09/03/2006 | $0.00 |
| 09/04/2006 | $0.00 |
| 09/05/2006 | $0.00 |
| 09/06/2006 | $0.00 |
| 09/07/2006 | $0.00 |
| 09/08/2006 | $0.00 |
| 09/09/2006 | $0.00 |
| 09/10/2006 | $0.00 |
| 09/11/2006 | $0.00 |
| 09/12/2006 | $0.00 |
| 09/13/2006 | $0.00 |
| 09/14/2006 | $0.00 |

Printed: 12/22/2006     *Average Daily Balance For Pauper Filing*     Page 3 of 4
*For Days the Individual was in Residence at SCI from 6/11/2006 through 11/30/2006*

SBI: 00163750     NAME:    PROCTOR, RONALD

| Date | Balance |
|---|---|
| 09/15/2006 | $0.00 |
| 09/16/2006 | $0.00 |
| 09/17/2006 | $0.00 |
| 09/18/2006 | $0.00 |
| 09/19/2006 | $0.00 |
| 09/20/2006 | $0.00 |
| 09/21/2006 | $0.00 |
| 09/22/2006 | $0.00 |
| 09/23/2006 | $0.00 |
| 09/24/2006 | $0.00 |
| 09/25/2006 | $0.00 |
| 09/26/2006 | $0.00 |
| 09/27/2006 | $0.00 |
| 09/28/2006 | $0.00 |
| 09/29/2006 | $0.00 |
| 09/30/2006 | $0.00 |
| 10/01/2006 | $0.00 |
| 10/02/2006 | $0.00 |
| 10/03/2006 | $0.00 |
| 10/04/2006 | $0.00 |
| 10/05/2006 | $0.00 |
| 10/06/2006 | $0.00 |
| 10/07/2006 | $0.00 |
| 10/08/2006 | $0.00 |
| 10/09/2006 | $0.00 |
| 10/10/2006 | $0.00 |
| 10/11/2006 | $0.00 |
| 10/12/2006 | $0.00 |
| 10/13/2006 | $0.00 |
| 10/14/2006 | $0.00 |
| 10/15/2006 | $0.00 |
| 10/16/2006 | $0.00 |
| 10/17/2006 | $0.00 |
| 10/18/2006 | $0.00 |
| 10/19/2006 | $0.00 |
| 10/20/2006 | $0.00 |
| 10/21/2006 | $0.00 |
| 10/22/2006 | $0.00 |
| 10/23/2006 | $0.00 |
| 10/24/2006 | $0.00 |
| 10/25/2006 | $0.00 |
| 10/26/2006 | $0.00 |
| 10/27/2006 | $0.00 |
| 10/28/2006 | $0.00 |
| 10/29/2006 | $0.00 |
| 10/30/2006 | $0.00 |
| 10/31/2006 | $0.00 |
| 11/01/2006 | $0.00 |

Printed: 12/22/2006

### Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/11/2006 through 11/30/2006

Page 4 of 4

SBI: 00163750        NAME:    PROCTOR, RONALD

| Date | Balance |
|---|---|
| 11/02/2006 | $0.00 |
| 11/03/2006 | $0.00 |
| 11/04/2006 | $0.00 |
| 11/05/2006 | $0.00 |
| 11/06/2006 | $0.00 |
| 11/07/2006 | $0.00 |
| 11/08/2006 | $0.00 |
| 11/09/2006 | $0.00 |
| 11/10/2006 | $0.00 |
| 11/11/2006 | $0.00 |
| 11/12/2006 | $0.00 |
| 11/13/2006 | $0.00 |
| 11/14/2006 | $0.00 |
| 11/15/2006 | $0.00 |
| 11/16/2006 | $0.00 |
| 11/17/2006 | $0.00 |
| 11/18/2006 | $0.00 |
| 11/19/2006 | $0.00 |
| 11/20/2006 | $0.00 |
| 11/21/2006 | $0.00 |
| 11/22/2006 | $0.00 |
| 11/23/2006 | $0.00 |
| 11/24/2006 | $0.00 |
| 11/25/2006 | $0.00 |
| 11/26/2006 | $0.00 |
| 11/27/2006 | $821.26 |
| 11/28/2006 | $821.26 |
| 11/29/2006 | $623.22 |
| 11/30/2006 | $623.22 |

Summary for 'SBI' = 00163750 (173 detail records)    **Average Daily Balance:    $16.70**

# Prior Month -- Individual Statement

Date Printed: 12/22/2006  Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | From Old Database | 6/11/2006 | ($16.00) | ($23.99) | $0.00 | $0.00 | ($16.00) |
| Medical | | 6/11/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($20.00) |
| Committed | | 6/11/2006 | $0.00 | $0.00 | $0.00 | $0.00 | ($20.00) |
| Committed | | 6/11/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Copies | | 6/26/2006 | $0.00 | $0.00 | ($0.25) | $0.00 | $0.00 |
| Copies | | 6/26/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $0.00 |
| Postage | | 6/26/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Medical | | 6/28/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| Copies | | 6/29/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $0.00 |
| Copies | | 6/29/2006 | $0.00 | $0.00 | ($0.50) | $0.00 | $0.00 |
| Copies | | 6/29/2006 | $0.00 | $0.00 | ($1.25) | $0.00 | $0.00 |
| Copies | | 6/29/2006 | $0.00 | $0.00 | ($4.50) | $0.00 | $0.00 |
| Postage | | 6/29/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 6/29/2006 | $0.00 | $0.00 | ($1.19) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/22/2006                                                                                                   Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 7/3/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/3/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Copies | | 7/3/2006 | $0.00 | $0.00 | ($8.25) | $0.00 | $0.00 |
| Copies | | 7/6/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $0.00 |
| Copies | | 7/10/2006 | $0.00 | $0.00 | ($9.75) | $0.00 | $0.00 |
| Copies | | 7/10/2006 | $0.00 | $0.00 | ($5.50) | $0.00 | $0.00 |
| Postage | | 7/11/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | $0.00 |
| Postage-Com | | 7/11/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | $0.00 |
| Copies | | 7/12/2006 | $0.00 | $0.00 | ($29.00) | $0.00 | $0.00 |
| Copies | | 7/12/2006 | $0.00 | $0.00 | ($3.25) | $0.00 | $0.00 |
| Postage | | 7/13/2006 | $0.00 | $0.00 | ($1.43) | $0.00 | $0.00 |
| Postage | | 7/13/2006 | $0.00 | $0.00 | ($2.15) | $0.00 | $0.00 |
| Postage | | 7/13/2006 | $0.00 | $0.00 | ($2.63) | $0.00 | $0.00 |
| Postage | | 7/17/2006 | $0.00 | $0.00 | ($0.87) | $0.00 | $0.00 |
| Postage | | 7/17/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | $0.00 |
| Postage | | 7/17/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/17/2006 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Postage | | 7/17/2006 | $0.00 | $0.00 | ($3.11) | $0.00 | $0.00 |
| Copies | | 7/17/2006 | $0.00 | $0.00 | ($39.00) | $0.00 | $0.00 |
| Copies | | 7/17/2006 | $0.00 | $0.00 | ($5.75) | $0.00 | $0.00 |
| Postage | | 7/20/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 7/20/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/20/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/20/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/20/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Copies | | 7/20/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Copies | | 7/27/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 7/27/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/27/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 7/27/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Copies | | 7/31/2006 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |

Ending Mth Balance: $0.00

## Prior Month -- Individual Statement

Date Printed: 12/22/2006                                                                                                  Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 8/1/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | $0.00 |
| Postage | | 8/1/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Copies | | 8/3/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 |
| Postage | | 8/3/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 8/3/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |
| Postage-Com | | 8/8/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | $0.00 |
| Postage | | 8/10/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 8/10/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |
| Postage | | 8/10/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |
| Postage | | 8/10/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | $0.00 |
| Copies | | 8/10/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Copies | | 8/14/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 8/16/2006 | $0.00 | $0.00 | ($0.24) | $0.00 | $0.00 |
| Copies | | 8/17/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 8/17/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |
| Postage | | 8/17/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |
| Postage | | 8/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 8/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 8/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 8/21/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | $0.00 |
| Postage | | 8/24/2006 | $0.00 | $0.00 | ($0.48) | $0.00 | $0.00 |
| Copies | | 8/28/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 8/29/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 8/29/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## Prior Month -- Individual Statement

Date Printed: 12/22/2006                                                                                          Page 1 of 1

### For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 9/5/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 9/5/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/5/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/5/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/5/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 9/6/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 9/11/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/11/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/11/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 9/11/2006 | $0.00 | $0.00 | ($1.83) | $0.00 | $0.00 |
| Copies | | 9/11/2006 | $0.00 | $0.00 | ($0.25) | $0.00 | $0.00 |
| Postage | | 9/12/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage-Com | | 9/12/2006 | $0.00 | $0.00 | ($2.06) | $0.00 | $0.00 |
| Postage | | 9/18/2006 | $0.00 | $0.00 | ($0.48) | $0.00 | $0.00 |
| Postage | | 9/18/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | $0.00 |
| Postage | | 9/18/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | $0.00 |
| Postage | | 9/18/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | $0.00 |
| Postage | | 9/21/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Copies | | 9/21/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Copies | | 9/28/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 9/28/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $0.00 |

                                                                                    **Ending Mth Balance:** **$0.00**

## Prior Month -- Individual Statement

Date Printed: 12/22/2006 　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

### For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 10/2/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 10/5/2006 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Postage | | 10/5/2006 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Postage | | 10/5/2006 | $0.00 | $0.00 | ($0.69) | $0.00 | $0.00 |
| Postage | | 10/5/2006 | $0.00 | $0.00 | ($4.13) | $0.00 | $0.00 |
| Copies | | 10/5/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Copies | | 10/10/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage-Com | | 10/10/2006 | $0.00 | $0.00 | ($2.07) | $0.00 | $0.00 |
| Postage | | 10/12/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 10/12/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 10/12/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Copies | | 10/12/2006 | $0.00 | $0.00 | ($2.25) | $0.00 | $0.00 |
| Copies | | 10/16/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 10/16/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 10/16/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Copies | | 10/19/2006 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |
| Postage | | 10/19/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 10/19/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 10/19/2006 | $0.00 | $0.00 | ($0.82) | $0.00 | $0.00 |
| Postage | | 10/24/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | $0.00 |
| Postage | | 10/24/2006 | $0.00 | $0.00 | ($4.37) | $0.00 | $0.00 |
| Copies | | 10/26/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Copies | | 10/30/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 10/30/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/22/2006     Page 1 of 2

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00163750 | PROCTOR | RONALD | | | | |
| Current Location: | PRE-TRIAL UNIT 5 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage | | 11/2/2006 | $0.00 | $0.00 | ($0.66) | $0.00 | $0.00 |
| Copies | | 11/2/2006 | $0.00 | $0.00 | ($1.75) | $0.00 | $0.00 |
| Copies | | 11/6/2006 | $0.00 | $0.00 | ($2.50) | $0.00 | $0.00 |
| Postage | | 11/6/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 11/6/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 11/6/2006 | $0.00 | $0.00 | ($0.95) | $0.00 | $0.00 |
| Postage | | 11/6/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Medical | | 11/8/2006 | $0.00 | ($2.00) | $0.00 | $0.00 | $0.00 |
| Postage | | 11/9/2006 | $0.00 | $0.00 | ($1.11) | $0.00 | $0.00 |
| Postage | | 11/17/2006 | $0.00 | $0.00 | ($0.48) | $0.00 | $0.00 |
| Postage | | 11/17/2006 | $0.00 | $0.00 | ($0.24) | $0.00 | $0.00 |
| Medical | From Old Database | 11/27/2006 | ($23.99) | $0.00 | $0.00 | $0.00 | ($23.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($27.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($31.99) |
| Medical | | 11/27/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | ($37.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($41.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($45.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($49.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($53.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($57.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($61.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($65.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($69.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($73.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($77.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($81.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($85.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($89.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($93.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($97.99) |
| Medical | | 11/27/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | ($99.99) |
| Medical | | 11/27/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | ($105.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($109.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($113.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($117.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($121.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($125.99) |
| Medical No Sh | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($129.99) |
| Medical | | 11/27/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | ($135.99) |
| Medical | | 11/27/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | ($139.99) |
| Medical | | 11/27/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | ($141.99) |
| Mail CK | CITIZENS BANK | 11/27/2006 | $963.25 | $0.00 | $0.00 | $0.00 | $821.26 |

## Prior Month -- Individual Statement

Date Printed: 12/22/2006                                                                 Page 2 of 2

## For Month of November 2006

| Postage |             | 11/28/2006 | $0.00      | $0.00 | ($3.57) | $0.00 | $821.26 |
| Pay-To  | RESTITUTION | 11/29/2006 | ($198.04)  | $0.00 | $0.00   | $0.00 | $623.22 |
| Postage |             | 11/30/2006 | $0.00      | $0.00 | ($0.24) | $0.00 | $623.22 |
|         |             |            |            |       | **Ending Mth Balance:** | | **$623.22** |

December 28, 2006

Clerk
U.S. Dist. Ct.
844 King St.
Lock Box 18
Wilm, DE 19801

FILED
DEC 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG
scan'd

Re: Proctor v. Callaway et al., CA No. 06-718-JJF

Dear Clerk:

Please docket the enclosed 6 mo I/M account statement pursuant to this Court's order of Dec. 13, 2006 and issue service upon defendants named in the action.

Thank you for your time in the manner herein.

Very truly yours,

Ronald E. Proctor Jr.

XC: None
Attachments: 1 6mo Account Statement.




RON PROCTOR (_319_)
B
SEX CORR.
PO BOX 500
GEORGETOWN DE 19947

To: Clerk
US District Court
844 King St Lock Box 18
Wilmington, Delaware
19801

Legal Mail