IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
RONALD E. PROCTOR, JR.,        )
                               )
        Plaintiff,             )
                               )
    v.                         )  Civil Action No. 06-718 JJF
                               )
E. STEPHEN CALLAWAY, JOHN P.   )
DANIELLO, CHARLES EDWARDS,     )
CARLOS ROBINO, P. S. DITTO,    )
LT. W. DUKES,                  )
                               )
        Defendants.            )
```

**ORDER**

1. The plaintiff Ronald E. Proctor, Jr., SBI #163750, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The plaintiff filed his request to proceed in forma pauperis without the required certified copy of his prison trust fund account statement pursuant to 28 U.S.C. § 1915(a)(2).

2. On December 14, 2006, this Court granted the plaintiff leave to proceed in forma pauperis and ordered the plaintiff to provide a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff submitted the required documents on December 29, 2006.

3. In evaluating the plaintiff's account information

pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that the plaintiff has an average account balance of $16.70 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $163.88 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $32.78, this amount being 20 percent (20%) of $163.88, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return to the Clerk of Court, the attached authorization form allowing the agency having custody of him to forward the $32.78 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

    4. Upon receipt of this order and the authorization

form, the Warden or other appropriate official at the Sussex Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $32.78 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Sussex Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

DATED: January 9, 2007

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-718 JJF |
| | ) |
| E. STEPHEN CALLAWAY, JOHN P. | ) |
| DANIELLO, CHARLES EDWARDS, | ) |
| CARLOS ROBINO, P. S. DITTO, | ) |
| LT. W. DUKES, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Ronald E. Proctor, Jr., SBI #163750, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $32.78 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated JANUARY 9th, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2007.

_____
Signature of Plaintiff