IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-718 JJF |
| | ) |
| E. STEPHEN CALLAWAY, JOHN P. | ) |
| DANIELLO, CHARLES EDWARDS, | ) |
| CARLOS ROBINO, P. S. DITTO, | ) |
| LT. W. DUKES, | ) |
| | ) |
| Defendants. | ) |

**FILED FEB 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

**AUTHORIZATION**

I, Ronald E. Proctor, Jr., SBI #163750, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $32.78 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated January 9th, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 1-26, 2007.

_____
Signature of Plaintiff

I/M Ron Brooke
SBI# 163750  UNIT 9Bu4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

USDB Court of
544 King St Lock Box 16
Wilmington DE
19801