In the United States District Court
for the District of Delaware

Ronald E. Proctor Jr.,
Plaintiff,

v.                                                C.A. No. 06-718-JJF

E. Stephen Callaway Esq., et al,
Defendants.

FILED
APR 3 - 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion to Dismiss

Comes Now Plaintiff Ronald E. Proctor Jr., in the above styled cause that would therefore show:

1.) Plaintiff has obtained redress of same grievances as contained in the complaint from 'All' Defendants in another action in State Court Proceedings that would turn on Double Jeopardy Estoppel in the foregoing cause.

2.) Plaintiff would move for dismissal before service of process is issued therefore Summary Costs Should not be assessed against Plaintiff.

Wherefore Plaintiff would move for dismissal of the Cause of Action henceforth.

Respectfully Yours,

Dated: March 24, 2007       x _____
                              Ronald E. Proctor Jr.
                              1181 Garrock Rd
                              Smyrna, DE 19977

