IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 06-718-JJF |
| E. STEPHEN CALLAWAY, et al., | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff, Ronald E. Proctor, filed this civil rights lawsuit on November 30, 2006 (D.I. 2);

WHEREAS, on April 3, 2007, Plaintiff filed a Motion To Dismiss requesting dismissal of the case, and which the Court construes as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) (D.I. 8);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 8);

THEREFORE, at Wilmington this 23 day of April, 2007, IT IS ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a). Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

UNITED STATES DISTRICT JUDGE