April 30, 2007

Hon. Joseph J. Farnan
U.S. District Court
844 King St. Lock Box 18
Wilmington, DE 19801

RECEIVED MAY 10 2007

Re: Proctor V. Callaway et al., Civil Action No. 06-718

Dear Judge Farnan:

The Court on 4-23-07 Dismissed the above case, previous to this on 4-5-07 and 4-9-07 Exhibit(s) A + B; Shows, 32.78 and 194.41; taken from my Account. Your order clearly omits any funds to be taken or paid in your order of 4-23-07 @ P5m. I would ask the Court for an order to return my payments made contrary to your order requiring me not to pay any assessed fees.

I have enclosed my institutional receipts of payments taken out of my account.

Thank you for your time in the manner herein.

Respectfully yours,

x _____
Ronald E. Proctor Jr.
1181 Paddock Rd
Smyrna, DE 19977

xc: File
cc: Business Office
Attachments 2 Exhibits A + B

**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC      Trans #: 411264      Date: 4/5/2007
                                           Bldg: **19**

Funds were disbursed from     Debited:        On Hold:
your account for legal fees:  ($32.78)        $0.00

Resident: Proctor, Ronald
SBI # 00163750
Source: Business Office [m]

---

**Receipt for Payment**
Bureau of Adult Corrections
State of Delaware

Institution: DCC      Trans #: 411286      Date: 4/5/2007
                                           Bldg: **19**

Funds were disbursed from     Debited:        On Hold:
your account for legal fees:  ($161.63)       $0.00

Resident: Proctor, Ronald
SBI # 00163750
Source: Business Office [m]

Exhibit A

**Other Events**
1:06-cv-00718-JJF Proctor v. Callaway et al
PaperDocuments



## U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 4/10/2007 at 9:41 AM EDT and filed on 4/9/2007
**Case Name:**      Proctor v. Callaway et al
**Case Number:**    1:06-cv-718
**Filer:**          Ronald E. Proctor, Jr
**Document Number:** No document attached

**Docket Text:**
Partial Filing Fee Received from Ronald E. Proctor, Jr: $ 194.41, receipt number 147142 (copy to business office) (rbe)

**1:06-cv-718 Notice has been electronically mailed to:**

**1:06-cv-718 Notice has been delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

```
UNITED STATES
DISTRICT COURT
District of Delaware
Wilm. Division

# 147142 - EW
April 9, 2007

Code      Case #        Qty      Amount
PL5100   1-06-CV-718             194.41 CH

Total ->                         194.41

FROM: DCC INMATE ACCOUNT
      RE INMATE: RONALD PROCTOR JR
      CK# 18168
      PNC BANK
```



EXHIBIT B

**Other Orders/Judgments**
1:06-cv-00718-JJF Proctor v. Callaway et al
PaperDocuments

U.S. District Court

District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 1/10/2007 at 9:41 AM EST and filed on 1/9/2007
**Case Name:**      Proctor v. Callaway et al
**Case Number:**    1:06-cv-718
**Filer:**
**Document Number:** 6

**Docket Text:**
ORDER that an initial partial filing fee of $32.78 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form)Notice of Compliance deadline set for 2/12/2007. Signed by Judge Joseph J. Farnan, Jr. on 1/9/2007. (Attachments: # (1) Authorization Form)(dab)

**1:06-cv-718 Notice has been electronically mailed to:**

**1:06-cv-718 Notice has been delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/10/2007] [FileNumber=325573-0]
[b753850aff158d2593cdf861e84abf37f944a39fec3cd7b887fc3e0999e13badbb09
1cf6c0878bf6fffed4f5e243993929c7382fdc87f60b308fde26ce6c9a74]]
**Document description:** Authorization Form
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/10/2007] [FileNumber=325573-1]
[319ee06825dc6c85280cad16655e29ef3a50d81a85d9d81738f63d69c4ee505f7903

h    ecf  e   c   c    c  cg  b          ch

## Other Orders/Judgments
1:06-cv-00718-JJF Proctor v. Callaway et al
PaperDocuments



### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 4/24/2007 at 2:48 PM EDT and filed on 4/23/2007
**Case Name:** Proctor v. Callaway et al
**Case Number:** 1:06-cv-718
**Filer:**
**WARNING: CASE CLOSED on 04/23/2007**
**Document Number:** 9

**Docket Text:**
ORDER GRANTING D.I. [8] Motion To Dimiss and DISMISSING CASE WITHOUT PREJUDICE (copy to pltf.) Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk is directed to send a copy of this Order to the appropriate prison business office (CASE CLOSED). Signed by Judge Joseph J. Farnan, Jr. on 4/23/2007. (lec)


**1:06-cv-718 Notice has been electronically mailed to:**

**1:06-cv-718 Notice has been delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/24/2007] [FileNumber=377217-0]
[3975f58c3b94a67dff53f70a7cb8d336f4d3b646d28463713ca6a0b833a98e4a63ac
2d180b98bae71f1cd5e71672e3cd88aa67f12584d3aae9b4e4a04c608428]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,            :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civ. Action No. 06-718-JJF
                                    :
E. STEPHEN CALLAWAY, et al.,       :
                                    :
        Defendants.                 :

### ORDER

WHEREAS, Plaintiff, Ronald E. Proctor, filed this civil rights lawsuit on November 30, 2006 (D.I. 2);

WHEREAS, on April 3, 2007, Plaintiff filed a Motion To Dismiss requesting dismissal of the case, and which the Court construes as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a) (D.I. 8);

WHEREAS, the Court **GRANTS** the motion to voluntarily dismiss (D.I. 8);

THEREFORE, at Wilmington this 23 day of April, 2007, IT IS ORDERED that the Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a). Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee. The Clerk of the Court is directed to send a copy of this Order to the appropriate prison business office.

                                    UNITED STATES DISTRICT JUDGE

